# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Judge<br>Sacramento, California | **RE:  Dwight Edward Bell**<br>**Docket Number:  2:98CR00144-001**<br>**REQUEST TO WAIVE INTEREST** |

Your Honor:

On January 4, 1999, the above offender was sentenced for violations of 18 USC 2113(a) and (d) – Armed Bank Robbery and 18 USC 924(c)(1) and (2) – Use of a Firearm and Aiding and Abetting by the Honorable Frank C. Damrell, Jr., to 117 months custody followed by 5 years supervised release, including $3,298 restitution, and a $200 special assessment.  He commenced supervised release on January 9, 2014, and has progressed from being homeless upon his release from custody to securing full-time employment and paying for his residence in a residential transitional program.

The offender has maintained regular restitution payments as directed; however, interest on the principal is accruing at a rate of 4.513% (approximately $.19 per day).  As of May 2, 2017, the offender's restitution principal was $1,541.78; however, the total interest accrued is $2,585.33, making the current total debt $4,127.11.

Based on the above, it is requested the offender's interest be waived to allow him to pay his restitution debt in full without further compromising his financial status.  The offender has demonstrated a sincere effort to pay his debt and has remained in compliance with his terms of supervision.

**RE: Dwight Edward Bell
Docket Number: 2:98CR00144-001
<u>REQUEST TO WAIVE INTEREST</u>**

Respectfully submitted,

/s/ Philip Y. Mizutani

**Philip Y. Mizutani
United States Probation Officer**

Dated: May 4, 2017
Sacramento, California
PYM:cd

**REVIEWED BY:** /s/ Garey R. White for
**George A. Vidales
Supervising United States Probation Officer**

### ORDER OF THE COURT

Interest on the restitution order of $3,298.00, is waived.

☒ Approved ☐ Disapproved

May 5, 2017
**Date**

**Troy L. Nunley
United States District Judge**

cc: Laurel White
Assistant United States Attorney

Matthew Bockmon
Assistant Federal Defender

2

REV. 03/2017
MEMO_COURT W ORDER.DOTX